IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 MAY -3 PM 3:30

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3152 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CORINA TREVINO, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

The defendant, CORINA TREVINO, willfully failed to appear at her sentencing hearing scheduled for May 3, 2007.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of CORINA TREVINO, commanding the arresting officer to bring her before the Court forthwith.

Dated this 3rd day of May, 2007.

BY THE COURT:

United States District Judge
Richard G. Kopf

bench warrant issued on 5/3/07; certified copy to USM